THE PEOPLE OF THE STATE OF NEW YORK ex rel. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY and Others, Respondents, to FRANK WILDY

and Others, Constituting the Town Board and Board of Highway Superintendents of the Town of Cheektowaga, County of Erie, State of New York, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied; Sears, P. J., not sitting.